IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MERISANT COMPANY, | * |
| Plaintiff, | * |
| vs. | *   Misc. 06-0029-WS-C |
| McNEIL NUTRITIONALS LLC, | * |
| Defendant. | * |

## REPORT

In accordance with this Court's Order of September 27, 2006, the parties advise the Court as follows:

1.  A copy of the Order from the Eastern District of Pennsylvania is attached. In that Order, the Court denied the Defendants' Motion for Protective Order as moot because Tate & Lyle Sucralose, Inc. agreed to provide to Merisant an existing promotional video of its manufacturing facility in McIntosh, Alabama.

2.  This video was provided to Merisant on October 12, 2006.

3.  A further report will be filed once a review of the video is completed by the Plaintiff and any remaining issues are resolved by the Eastern District of Pennsylvania, if necessary.

Respectfully submitted,

    /s/ MICHAEL D. KNIGHT    (KNIGM3041)
Michael D. Knight
mknight@mcdowellknight.com
William G. Chason
wchason@mcdowellknight.com
McDOWELL KNIGHT ROEDDER
   & SLEDGE, LLC
63 South Royal Street, Suite 900 (36602)
Post Office Box 350
Mobile, Alabama 36601
Phone: 251/432-5300
Fax: 251/432-5303

*Attorneys for Plaintiff*
*Merisant Company*


OF COUNSEL:

Gregg F. LoCascio, Esq.
Jonathan D. Brightbill, Esq.
jbrightbill@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Phone: 202/879-5000
Fax: 202/879-5200



/s/ Halron W. Turner (by M. Knight with permission)
Halron W. Turner
hwt@tokh.com
Marc E. Bradley
meb@tokhmobile.com
Turner, Onderdonk, Kimbrough, Howell,
   Huggins & Bradley, PA
Post Office Drawer 1389
Chatom, Alabama 36518
Phone: 251/847-2237
Fax: 251/847-3115

*Attorneys for Third-Party*
*Tate & Lyle Sucralose, Inc.*

**CERTIFICATE OF SERVICE**

  I do hereby certify that on October 18, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Halron W. Turner
> hwt@tokh.com
> Marc E. Bradley
> meb@tokhmobile.com
> Turner, Onderdonk, Kimbrough, Howell,
>  Huggins & Bradley, PA
> Post Office Drawer 1389
> Chatom, Alabama 36518

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Gregg F. LoCascio, Esq.
Jonathan D. Brightbill, Esq.
jbrightbill@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C.  20005

Clay J. Pierce, Esq.
Rosa E. Son, Esq.
Steven A. Zalesin, Esq.
PATTERSON, BELKNAP, WEBB
 & TYLER LLP
1133 Ave. of the Americas
New York, New York 10036

              /s/ MICHAEL D. KNIGHT  (KNIGM3041)